| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>08/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/07/2014 | Rollover IRA Distriubtion | $842.84 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN I.C.** | 08/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | A | Dividend | K | T | | | | | |
| 2. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3. FHLMC #1505 CL-Q, ▓ | A | Interest | J | T | | | | | |
| 4. Helios Strategic Income | A | Dividend | | | Sold | 08/14/14 | J | | |
| 5. Senior Housing Properties 0403 | A | Dividend | J | T | | | | | |
| 6. NexPoint Credit Strategies | A | Dividend | J | T | | | | | |
| 7. Equity Commonweath Com. Sh Ben.Int.,formerly Commonwealth REIT | A | Int./Div. | K | T | | | | | |
| 8. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 9. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 10. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 11. FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 12. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 13. Alliance Bernstein, ▓ | A | Dividend | J | T | | | | | |
| 14. FNMA #1990-78 CL-J, ▓ | B | Interest | J | T | | | | | |
| 15. Citigroup | A | Dividend | J | T | | | | | |
| 16. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 17. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 19. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 20. Archer, Ltd | A | Dividend | J | T | | | | | |
| 21. Helios Advantage Income Fd | A | Dividend | | | Sold | 08/14/14 | J | | |
| 22. Bank of America | A | Dividend | J | T | | | | | |
| 23. RAIT Financial Trust - | A | Int./Div. | J | T | | | | | |
| 24. Chase Bank | A | Interest | K | T | | | | | |
| 25. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 26. Colonial Bancgroup Inc. | A | Dividend | | | Sold | 04/22/14 | J | A | |
| 27. FNMA1993-82H, | A | Interest | J | T | | | | | |
| 28. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 29. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 30. Enterprise Product Partners LP | A | Distribution | J | T | | | | | |
| 31. Energy Transfer Equity (X) | A | Distribution | J | T | Open | 01/27/14 | J | | |
| 32. Bunge LTD Finance Co. 8.5% | B | Interest | | | Sold | 05/30/14 | K | C | |
| 33. Triangle Capital Corporation | B | Dividend | K | T | | | | | |
| 34. Partnerre Fin A LLC 6.75% | A | Interest | | | Sold | 05/30/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GNMA CMO Series 2005-51 CL-MC 0403 | A | Interest | | | Sold | 09/22/14 | J | A | |
| 36. Blackrock Enhanced Equity Trust, formerly Blackrock Dividend Achievers | A | Dividend | J | T | | | | | |
| 37. Five Star Quality Care | A | Dividend | J | T | | | | | |
| 38. Quicksilver Resources | A | Dividend | J | T | | | | | |
| 39. Frontier Communications | A | Dividend | J | T | | | | | |
| 40. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 41. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 42. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 43. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |
| 44. Medical Properties Trust Inc. | B | Dividend | J | T | | | | | |
| 45. GNMA CMO SERIES 2011-21 BA | A | Interest | J | T | | | | | |
| 46. Fidus Investment Corporation | A | Dividend | J | T | | | | | |
| 47. Blackrock Corporate High Yield Fund VI | A | Dividend | J | T | | | | | |
| 48. Nuveen Preferred Income | A | Dividend | J | T | | | | | |
| 49. Lexington Corporate Properties Trust REIT 0403 | A | Dividend | J | T | | | | | |
| 50. Aegon NV 8% Note | A | Interest | J | T | | | | | |
| 51. Heska | A | Dividend | | | Sold | 02/18/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 53. Endurance Specialty | A | Dividend | | | Sold | 06/18/14 | J | C | |
| 54. FHLMC CMO 3997 BE - ▮ | A | Interest | J | T | | | | | |
| 55. FNMA CMO 2012-152 TA▮ | A | Interest | J | T | | | | | |
| 56. Walgreens Boots Alliance Inc., formerly Walgreen Co. #▮ | A | Dividend | J | T | Sold (part) | 12/31/14 | J | C | |
| 57. Spyglass Res Corporation▮ | A | Dividend | J | T | | | | | |
| 58. Fifth Street Finance Corp. ▮ | A | Int./Div. | J | T | | | | | |
| 59. Blackstone Group LP▮ | A | Distribution | | | Sold (part) | 05/30/14 | J | B | |
| 60. | | | | | Sold | 06/02/14 | J | B | |
| 61. Banco Santander SA ADR▮ | A | Int./Div. | | | Open | 02/14/14 | J | | |
| 62. | | | | | Sold (part) | 02/14/14 | J | A | |
| 63. | | | | | Sold | 09/29/14 | K | C | |
| 64. Eagle Class-JPMorgan Prime MM▮ | A | Int./Div. | J | T | | | | | |
| 65. Raymond James Bank Deposit Program, IRA | A | Dividend | J | T | | | | | |
| 66. Verizon | A | Dividend | | | Sold | 09/29/14 | J | A | |
| 67. MSC Indl. Direct Inc. Class A▮ | B | Dividend | | | Sold | 01/29/14 | K | A | |
| 68. ABBVIE, Inc. | A | Dividend | J | T | Buy (add'l) | 09/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/09/14 | J | C | |
| 70. Abbott Labs | A | Dividend | J | T | | | | | |
| 71. Banco Santander SA ADR | A | Dividend | | | Open | 02/14/14 | J | | |
| 72. | | | | | Sold (part) | 02/14/14 | J | A | |
| 73. | | | | | Sold | 09/24/14 | J | A | |
| 74. Baxter Intl. Inc. | A | Dividend | K | T | Buy (add'l) | 10/01/14 | J | | |
| 75. Catamaran Corporation | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 76. Fifth Street Finance | A | Dividend | J | T | | | | | |
| 77. Genesee &WYP Inc. | A | Dividend | | | Sold | 03/10/14 | K | A | |
| 78. Sonoco Products Company | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 79. Blackstone Group LP | A | Distribution | J | T | | | | | |
| 80. Campus Crest Comntys. Inc. REIT | A | Distribution | J | T | | | | | |
| 81. GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 82. Sabra Healthcare REIT | A | Dividend | J | T | | | | | |
| 83. Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 84. Dean Foods Company New | A | Dividend | | | Sold | 01/13/14 | J | A | |
| 85. GNMA 2013-103 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Crestwood Equity Partners LP | A | Distribution | J | T | | | | | |
| 87. Crestwood Midstream Partners LP | A | Distribution | J | T | | | | | |
| 88. Fannie Mae 8.25% Pfd. | A | Int./Div. | J | T | | | | | |
| 89. Omega Healthcare Invs. Inc. REIT | A | Dividend | J | T | Buy | 01/27/14 | J | | |
| 90. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 91. Analog Devices Inc. | A | Dividend | | | Buy | 02/14/14 | J | | |
| 92. | | | | | Sold | 08/28/14 | J | A | |
| 93. KKR & Company LP | A | Distribution | J | T | Buy | 03/19/14 | J | | |
| 94. | | | | | Buy (add'l) | 07/14/14 | K | | |
| 95. Cisco Systems Inc. | A | Dividend | | | Buy | 03/21/14 | J | | |
| 96. | | | | | Sold | 05/05/14 | J | A | |
| 97. CM FIN Inc. | A | Dividend | | | Buy | 05/15/14 | J | | |
| 98. | | | | | Sold | 12/16/14 | J | A | |
| 99. Memorial Production Partners LP | A | Distribution | J | T | Buy | 06/04/14 | J | | |
| 100. Markwest Energy Group LP | A | Distribution | | | Buy | 06/05/14 | J | | |
| 101. | | | | | Sold | 09/02/14 | J | C | |
| 102. Principal Financial Group | A | Dividend | | | Buy | 06/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/01/14 | J | A | |
| 104. Blue CAP Reins. Holdings Ltd. Bermuda | A | Distribution | | | Buy | 06/23/14 | J | | |
| 105. | | | | | Sold | 07/30/14 | J | A | |
| 106. Alcentra CAP Corp. | A | Dividend | J | T | Buy | 07/02/14 | J | | |
| 107. Monmouth Real Estate Inv. Corp. Class A REIT | A | Dividend | J | T | Buy | 07/21/14 | J | | |
| 108. GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | Buy | 07/22/14 | J | | |
| 109. FNMA Remic Trust 2014-49 PU 3.0% | A | Interest | J | T | Buy | 07/30/14 | K | | |
| 110. Brookfield High Income Fund Inc. | A | Dividend | J | T | Spinoff (from line 4) | 08/14/14 | J | | |
| 111. | | | | | Spinoff (from line 21) | 08/14/14 | J | | |
| 112. | | | | | Sold (part) | 08/20/14 | J | A | |
| 113. B&G Foods Inc. | A | Dividend | | | Buy | 08/21/14 | J | | |
| 114. | | | | | Sold | 10/07/14 | J | A | |
| 115. General Electric Company | A | Dividend | J | T | Buy | 09/04/14 | J | | |
| 116. Blackrock Muni Income TR II | A | Int./Div. | J | T | Buy | 10/09/14 | J | | |
| 117. Apartment Invt. & Management Company Class A REIT | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 118. Stellus Capital Invt. Corporation | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 119. | | | | | Sold (part) | 12/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  HCP Inc. REIT | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 121.  Agree Realty Corporation | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 122.  Alcentra Cap. Corporation | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 123.  Eagle Class-JPMorgan Prime MM▮ | A | Dividend | J | T | Buy | 01/01/14 | J | | |
| 124.  Columbia Bkg. Systems Inc.▮ | A | Dividend | | | Buy | 02/07/14 | J | | |
| 125. | | | | | Sold | 04/02/14 | J | A | |
| 126.  Manning & Napier Inc. Class A▮ | A | Dividend | | | Buy | 04/07/14 | J | | |
| 127. | | | | | Sold | 06/11/14 | J | A | |
| 128.  Calumet Specialty Products Partners Ltd.▮ | A | Distribution | | | Buy | 04/14/14 | J | | |
| 129. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 130. | | | | | Sold | 09/11/14 | K | A | |
| 131.  Two HBRS Invt. Corporation REIT▮ | A | Dividend | K | T | Buy | 06/27/14 | K | | |
| 132.  Catchmark Timber Trust Inc. Class A REIT ▮ | A | Dividend | | | Buy | 07/16/14 | J | | |
| 133. | | | | | Sold | 07/31/14 | J | A | |
| 134.  Sandridge Permian Tr. Com. Unit Ben. Int▮ | A | Distribution | J | T | Buy | 08/29/14 | J | | |
| 135.  Babson Cap Glb. DURHGH Yield▮ | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 136.  Brookfield Mtge Opp. Income Fund▮ | A | Dividend | J | T | Buy | 10/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HCP Inc. REIT | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 138. Huntington Bancshares Inc. | A | Dividend | | | Buy | 03/11/14 | J | | |
| 139. | | | | | Sold | 04/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 31 - There was a transfer in of an additional 150 units received as a distribution from the limited partnership.

Lines 61 and 71 - Two different investment accounts held this same security. Each received additional shares as a dividend distribution and fractional shares were sold.

Line 81 - added language to asset description that was not available on prior statement.

Line 65 - Cash account in IRA investment account changed from Money Market to a sweep account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544